IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GREGORY ALLEN CLAYBON, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. 3:11-CV-0135-O-BD |
| | § | |
| RICK THALER, Director | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| | § | |
| Defendant. | § | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the Recommendation of the United States Magistrate Judge filed on February 8, 2011 in accordance with 28 U.S.C. § 636(b)(1). *See* ECF No. 6. No objections have been filed. The Magistrate Judge recommends transferring petitioner's application to the Fifth Circuit, which must grant Petitioner leave to file a successive petition for writ of habeas corpus in this Court. *Id.* at 4. After reviewing all relevant matters of record in this case, the Court finds that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Accordingly, for foregoing reasons the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the Magistrate Judge. It is therefore **ORDERED** that Petitioner Claybon's petition for writ of habeas corpus be transferred to the Fifth Circuit for certification.

**SO ORDERED** on this **2nd** day of **March, 2011.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**